```
                                                        U.S. DISTRICT COURT
                                                        DISTRICT OF VERMONT
                                                              FILED
              UNITED STATES DISTRICT COURT
                       FOR THE                          2017 JUL 19 PM 3:20
                DISTRICT OF VERMONT
                                                              CLERK
                                                        BY     PC
UNITED STATES                    )                           DEPUTY CLERK
                                 )
     v.                          )     Criminal No. 5:17-cr-72
                                 )
                                 )
AMY STONE,                       )
          Defendant.             )
```

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about August 11, 2016, in the District of Vermont, defendant AMY STONE, then being an unlawful user of controlled substances, knowingly possessed in and affecting interstate commerce a firearm, that is a High-Point .40 caliber pistol, model JCP (serial number X7240849).

(18 U.S.C. §§ 922(g)(3), 924(a)(2))

## COUNT TWO

The Grand Jury further charges:

On or about August 11, 2016, in the District of Vermont, defendant AMY STONE knowingly and intentionally distributed heroin, a Schedule I controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

## FORFEITURE NOTICE (3)

The allegations contained in Count One of this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28, U.S.C. § 2461(c). Upon conviction of Count One, defendant AMY STONE shall forfeit to the United States the Hi-Point .40 caliber pistol, Model JCP (serial number 7240849), seized on August 11, 2016.

(18 U.S.C. § 924(d), 28 U.S.C. § 2461(c))

A TRUE BILL

_____
FOREPERSON

*Eugenia A.P. Cowles* (by JRP)
EUGENIA A.P. COWLES
Acting United States Attorney
Burlington, Vermont
July 19, 2017